UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

CHERRI E. ANDERSON,

    Plaintiff,

v.

AE OUTFITTERS RETAIL CO.

    Defendant.
_____

## COMPLAINT

Plaintiff CHERRI E. ANDERSON by her undersigned attorney, on behalf of herself and all others similarly situated, brings this action under the Fair Labor Standards Act of 1938, as amended (29 USC § 201 et seq.), hereinafter "the Act," to recover unpaid back wages, unpaid overtime compensation, an additional equal amount as liquidated damages and reasonable attorney's fees and costs.

    1.    Jurisdiction of this action is conferred by Section 16(b) of the Act (29 USC 216(b)).

    2.    Defendant AE OUTFITTERS RETAIL CO. (hereinafter "AMERICAN EAGLE"), at all times hereinafter mentioned has been a foreign corporation having a place of business and doing business in Palm Beach County where it has been engaged in the retail clothing business.

    3.    At all times hereinafter mentioned, Defendant AMERICAN EAGLE having been engaged in related activities performed through unified operation or common control for a common business purpose; having employees engaged in commerce or in the production of goods for commerce, or employees handling, receiving, selling or otherwise working on goods or materials that



have been moved in or produced for commerce; and having annual gross volume of sales made or business done of not less than $500,000 (exclusive of excise taxes at the retail level which are separately stated), therefore constitutes an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(r) and (s) of the Act (29 USC § 203(r) and (s)).

4. At all times hereinafter mentioned, Defendant employed employees, including Plaintiff who were regularly engaged in handling, receiving, selling or otherwise working with machinery, materials and goods moved in or produced for commerce and other activities involving interstate commerce. Such employees, therefore, have been engaged in commerce within the meaning of Section 3(b) and (j); respectively, of the Act (29 USC § 203(b) and (j)).

5. During the period from approximately June 2014 through August 2015, Defendant AMERICAN EAGLE employed Plaintiff CHERRI E. ANDERSON in the aforesaid enterprise for workweeks longer than 40 hours and intentionally failed to compensate her for her employment in excess of 40 hours per week at a rate of at least one-half(½) and/or one and one-half(1½) times the regular rate at which he was employed, contrary to the requirements of Section 7 of the Act (29 USC § 207), and intentionally failed to pay her the applicable minimum hourly rate contrary to the requirements of Sections 6 and 15 (a)(2) of the Act (29 USC § 206 and 15 (a)(2)).

6. As a result of the underpayments of wages alleged above, Defendant is indebted to Plaintiff in the amount of the unpaid minimum wages and overtime compensation and back pay. The complete records concerning the number of hours worked by Plaintiff and the compensation she received in workweeks in which excess hours were worked, are in the exclusive possession and under the sole custody and control of the Defendant.

7. As a result of the underpayment of wages alleged above, Plaintiff estimates that Defendant is indebted to Plaintiff in the amount of $1,836.26, which amount Defendant has refused to pay. This is only a portion of the wages owed to Plaintiff. Upon receipt of discovery from Defendant, Plaintiff will calculate the total damages due.

8. Prior to filing this lawsuit Plaintiff complained to her supervisor Mr. Knott about him improperly changing her time records to reduce her overtime and also complained to her district manager Nicolette Elliott and the payroll company ADP. Despite these multiple complaints, her wages were not properly paid. Pursuant to Section 16(b) of the Act, Plaintiff is entitled to the recovery of a reasonable attorney's fee.

WHEREFORE, Plaintiff CHERRI E. ANDERSON demands judgment against AMERICAN EAGLE for $1,836.26, an additional equal amount as liquidated damages, reasonable attorney's fees and costs, and a trial by jury of all issues.

Respectfully submitted,

VASSALLO, BILOTTA, FRIEDMAN & DAVIS
1655 Palm Beach Lakes Blvd.
Suite 1000
West Palm Beach, FL 33401
(561) 471-2800 - Telephone
(561) 471-2818 - Facsimile
Attorney for Plaintiff

_____
Joseph Bilotta
Florida Bar No.: 0881414

I CHERRI E. ANDERSON consent to being named as a plaintiff in this action.

*[signature: Cherri E. Anderson]*

CHERRI           E.
ANDERSON

#32-347