UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-cv-81291-ROSENBERG/HOPKINS

CHERRI E. ANDERSON,

    Plaintiff,

v.

AE OUTFITTERS RETAIL CO.,

    Defendant.
_____/

### ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** having come before the Court upon the Parties' Final Joint Motion to Approve Settlement Agreement and Release without any Confidentiality and Dismiss Case with Prejudice [DE 28] and for good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

The Parties' Final Joint Motion to Approve Settlement Agreement and Release without any Confidentiality and Dismiss Case with Prejudice [DE 28] is hereby **GRANTED**.

The Court finds the Parties' settlement to be a fair, adequate, reasonable resolution in light of a bona fide dispute. Accordingly, the Parties' Agreement is hereby approved and this Case is hereby dismissed with prejudice. Each party shall bear its own fees and costs except as provided in the Agreement. All pending motions are deemed moot.

The Court shall retain jurisdiction of this case for twenty (20) days from the entry of this Order only for purposes of enforcing the payment terms of the Agreement.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 21st day of April, 2016.

                                              ROBIN L. ROSENBERG
Copies furnished to:                         
Counsel of record                        UNITED STATES DISTRICT JUDGE